```
RECEIPT # 65140
AMOUNT $ 250-
SUMMONS ISSUED Y-2
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. 13
DATE 6-22-05
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE NORTHWESTERN MUTUAL )
LIFE INSURANCE COMPANY )
)
    Plaintiff, )
)
v. )
)
JOHN DANIEL MOONEY and )
DEBORAH A. MOONEY )
) **05 cv 11301 JLT**
    Defendants. )
)

**COMPLAINT FOR INTERPLEADER**     MAGISTRATE JUDGE Serokin

Plaintiff, The Northwestern Mutual Life Insurance Company ("Northwestern Mutual"), by its attorneys, Duane Morris LLP, as and for its complaint herein, alleges as follows:

**PARTIES**

1. Northwestern Mutual is a s a mutual life insurance company organized and existing under the laws of the State of Wisconsin, with its principal business at 720 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202.

2. On information and belief, Defendant John Daniel Mooney is a citizen and resident of the Commonwealth of Massachusetts, residing at 308 Quarry Street, Apartment Number 602, Quincy, Massachusetts 02169.

3. On information and belief, Defendant Deborah A. Mooney is a citizen and resident of Sate of Maine, residing at 113 Lake Avenue, Apartment Number 2, Farmington, Maine 04938.

## JURISDICTION

4. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1335(a)(1).

5. Pursuant to 28 U.S.C. §1391(b)(2), venue in this district is proper because a substantial part of the events or omissions giving rise to the claim occurred in this district and 28 U.S.C. §1391(b)(3), because one of the defendants resides in this district.

## FACTS

6. On or about October 23, 1985, Northwestern Mutual issued to Defendant John Daniel Mooney ("Mooney") a policy of life insurance, policy number 9726985 (the "Policy").

7. At the time the Policy issued, Mooney was both the Policy's owner and the insured.

8. In or about November 1998, Northwestern Mutual received an owner designation form dated October 28, 1998, and purportedly signed by Mooney (the "Owner Designation"), indicating that the owner of the Policy was to be changed to Defendant Deborah A Mooney, who at that time was the wife of the insured, Defendant John Daniel Mooney. A copy of said Owner Designation is attached hereto as Exhibit A.

9. In or about January 2005, Mooney informed Northwestern Mutual that he had not signed the Owner Designation and that it was not his intention to transfer ownership of the Policy.

10. By affidavit sworn to on or about March 2, 2005, Mooney reaffirmed his position that he neither signed nor authorized the Owner Designation. A copy of said affidavit is attached hereto as Exhibit B.

11. By letter dated March 8, 2005, Northwestern Mutual informed Defendant Deborah A. Mooney of Mooney's position that the Ownership Designation was not signed by him and requested a response from Defendant Deborah A. Mooney within thirty (30) days. A copy of the letter is attached hereto as Exhibit C.

12. By letter dated April 13, 2005, Defendant Deborah A. Mooney informed Northwestern Mutual of her position that she was the rightful owner of the Policy and that Mooney had signed the Ownership Designation form and transferred ownership of the Policy to her. A copy of the letter is attached hereto as Exhibit D.

13. Each of the defendants, John Daniel Mooney and Deborah A. Mooney, is claiming ownership of the Policy.

14. By reason of these conflicting claims of the defendants, Northwestern Mutual is unable to determine the rightful owner of the Policy and unless the above conflicting claims are resolved in a single proceeding, Northwestern Mutual will be subject to multiple litigations and a substantial risk of suffering duplicate and inconsistent rulings and multiple liability.

**WHEREFORE,** Plaintiff The Northwestern Mutual Life Insurance Company demands that the Court adjuge:

1. That each of the defendants be restrained from instituting any action against Plaintiff Northwestern Mutual regarding the Policy;

2. That each of the defendants be required to interplead and settle between themselves their disputes with respect to ownership of the Policy;

3. That Plaintiff be discharged from all liability in the Policy except to the person whom the court shall adjudge the rightful owner of the Policy;

4. That Plaintiff recover its costs, including attorneys' fees; and

5. That Plaintiff be awarded such other and further relief as the Court deems just and proper.


Dated: June 21, 2005                                  THE NORTHWESTERN MUTUAL
                                                      LIFE INSURANCE COMPANY,
                                                      By its attorneys,

                                                      _____
                                                      Patricia R. Rich (BBO # 640578)
                                                      DUANE MORRIS LLP
                                                      470 Atlantic Avenue, Suite 500
                                                      Boston, MA 02210
                                                      Tel: 617-289-9200
                                                      Fax: 617-289-9201

BOS\132726.1

**WHEREFORE,** Plaintiff The Northwestern Mutual Life Insurance Company demands that the Court adjuge:

1.  That each of the defendants be restrained from instituting any action against Plaintiff Northwestern Mutual regarding the Policy;

2.  That each of the defendants be required to interplead and settle between themselves their disputes with respect to ownership of the Policy;

3.  That Plaintiff be discharged from all liability in the Policy except to the person whom the court shall adjudge the rightful owner of the Policy;

4.  That Plaintiff recover its costs, including attorneys' fees; and

5.  That Plaintiff be awarded such other and further relief as the Court deems just and proper.


Dated: June 22, 2005                        THE NORTHWESTERN MUTUAL
                                            LIFE INSURANCE COMPANY,
                                            By its attorneys,


                                            _____
                                            Patricia R. Rich (BBO # 640578)
                                            DUANE MORRIS LLP
                                            470 Atlantic Avenue, Suite 500
                                            Boston, MA 02210
                                            Tel: 617-289-9200
                                            Fax: 617-289-9201

4

BOS\132726.1

**OWNER DESIGNATION** (Do Not Use For Disability Income Policies)
**CAUTION: USE BLACK INK TO COMPLETE THE FORM**

AGENT NO. 44181

Before Completing This Form Read Information Form 15-1253, Instructions and Sample Wordings for Form 90-1638.

**Northwestern Mutual Life**
720 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

| APPLICATION NO. OR POLICY NO. | INSURED |
|---|---|
| 9-726-985 | J. Daniel Mooney |

**PLEASE COMPLETE THIS INFORMATION REGARDING THE NEW OWNER DESIGNATED BELOW.**

| TAXPAYER ID NO. (SOCIAL SECURITY NO./EMPLOYER ID NO.) | DATE OF BIRTH | ☐ Male ☒ Female | ☐ Mr. ☒ Mrs. ☐ Ms. ☐ Dr. ☐ Other |
|---|---|---|---|
| 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 | 6/6/58 | | |

NOTE: The new Owner's address should be provided on the Address Information Sheet 15-1265 which is enclosed. Directions for mailing of future premium notices should also be provided on that form.

The transferor requests and directs the Company to make the provisions on Form 90-1638 a part of the policy.

The Owner(s) of the Policy will be:

Deborah A. Mooney, wife of the insured.

Date 10/28/98    Signature of Transferor: [signature] *

**FOR HOME OFFICE USE**

Form Recorded and Endorsement Waived    The Northwestern Mutual Life Insurance Company

Date NOV 10 1998    Mary Gessert

90-1638 (0695)

## Affidavit-Forged Form Endorsement

STATE OF MASSACHUSETTS )

COUNTY OF                    )ss

The undersigned, J. Daniel Mooney, being duly sworn, deposes and says that he resides in the City of __Quincy__, County of __Norfolk__, State of Massachusetts and that he is the person named as transferor in the Ownership Endorsement dated October 28, 1998 and purporting to transfer ownership of policy 9726985 issued by the Northwestern Mutual Insurance Company; that the signature of said endorsement reading "J. Daniel Mooney" was not placed thereon by him, not under any authority given by him to any one else; and that it was not his intention that the ownership of said policy be transferred to any other person.

_____
J. Daniel Mooney

__308 Quarry St. #602__
Address

__Quincy, MA   02169__
City     State     Zip

__617-773-7729__
Phone (home)

__781-826-7186__
Phone (work)

Subscribed and sworn to before me
This __3/__ day of __March__, 2005
Notary Public
My Commission Expires: __5/7/2010__



Apr 13 05 11:45a                                                                                    p.3

 Northwestern Mutual®

KIM PLATEK
Senior Beneficiary & Title Analyst
Beneficiary & Title
Policyowner Services Department

March 8, 2005

Deborah A Mooney
PO Box 953
Farmington ME 04938

RE:   J Daniel Mooney    Policy 9726985

Dear Ms. Mooney:

I recently received a signed and notarized affidavit of forgery in regards to this policy. The affidavit states that the ownership form dated October 28, 1998 was not signed by the then owner. A copy of the form is enclosed for your review.

The purpose of my letter is to inform you that if no word is received from you within 30 days of this letter, I will assume that you concur with the alleged allegation and I will restore ownership of this policy to the original owner.

If I can be of further assistance please call toll free at 1-877-394-9524. To reach me personally, please input 6655227 when prompted. Thank you.

Sincerely,

*Kim Platek*

Kim Platek

Enclosure

cc:  David C Mc Avoy, CLU • 617-742-6200
     1 Beacon St Ste 19 • Boston MA  02108

cc:  Daniel Mooney

3 of 4

The Northwestern Mutual Life Insurance Company • 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202 • 414 271-1444 • www.northwesternmutual.com

To: Kim Platek

April 13, 2005

From: Deborah A. Mooney

Phone: 207-778-0188

1 of 4

Apr 13 05 11:45a

p.2

# URGENT
In regard to policy # 9726985

April 13, 2005

Dear Kim,

I opened the attached letter today. I am the rightful owner, my ex-husband did sign off and sign the policy over to me. He has fraudulently tried to obtain ownership. I'm rather concerned over this, frantic actually.

Please Help!

Deb Mooney

2 of 4

 Northwestern Mutual®

KIM PLATEK
Senior Beneficiary & Title Analyst
Beneficiary & Title
Policyowner Services Department

March 8, 2005

Deborah A Mooney
PO Box 953
Farmington ME 04938

RE:   J Daniel Mooney   Policy 9726985

Dear Ms. Mooney:

I recently received a signed and notarized affidavit of forgery in regards to this policy. The affidavit states that the ownership form dated October 28, 1998 was not signed by the then owner. A copy of the form is enclosed for your review.

The purpose of my letter is to inform you that if no word is received from you within 30 days of this letter, I will assume that you concur with the alleged allegation and I will restore ownership of this policy to the original owner.

If I can be of further assistance please call toll free at 1-877-394-9524. To reach me personally, please input 6655227 when prompted. Thank you.

Sincerely,

*Kim Platek*

Kim Platek

Enclosure

cc:  David C Mc Avoy, CLU • 617-742-6200
     1 Beacon St Ste 19 • Boston MA  02108

cc:  Daniel Mooney

3 of 4

The Northwestern Mutual Life Insurance Company • 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202 • 414 271-1444 • www.northwesternmutual.com

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
The Northwestern Mutual Life Insurance Company

**(b)** County of Residence of First Listed Plaintiff   Wisconsin
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Patricia R. Rich, Duane Morris LLP, 470 Atlantic Avenue, Boston, MA 02155, 617-289-9200

## DEFENDANTS
John Daniel Mooney
Deborah A. Mooney

County of Residence of First Listed Defendant   Massachusetts
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

05 CV 11301 JLT

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN  (Place an "X" in One Box Only)
☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1335(a)(1)
Brief description of cause:
This is a complaint for interpleader of a life insurance policy due to a dispute regarding ownership of the

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE  Tauro   DOCKET NUMBER  05-CV-10502-JTL

DATE  6-22-05   SIGNATURE OF ATTORNEY OF RECORD  /s/ Patricia Rich

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **The Northwestern Mutual Life Insurance Company v. John Daniel Mooney**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ☑ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   ☐ IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.    150, 152, 153.

   05cv11301 JLT

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Patricia R. Rich, Duane Morris LLP
ADDRESS  470 Atlantic Avenue, Boston, MA 02155
TELEPHONE NO.  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

(CategoryForm.wpd - 5/2/05)