UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 05-11301-JLT |
| JOHN DANIEL MOONEY & DEBORAH A. MOONEY, ) ) ) | |
| Defendants. ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2005, a copy of John Daniel Mooney's Answer and Cross-Claim was served via first class mail, postage prepaid, upon the following:

Ms. Deborah A. Mooney
113 Lake Avenue, Apt. 2
Farmington, ME 04938

All other parties were noticed via electronic filing.

                                            Respectfully submitted,
                                            JOHN DANIEL MOONEY, by his attorneys,
                                            Jackson & Coppola, P.C.


                                            /s/ Brian J. Hughes
                                            _____
                                            Brian J. Hughes, B.B.O.# 654204
                                            Donald H. Jackson, Jr., B.B.O.# 248620
                                            Jackson & Coppola, P.C.
                                            Assinippi Commons, Suite 203
                                            101 Longwater Circle
                                            Norwell, Massachusetts 02061
                                            (781) 792-3984

Dated: July 28, 2005