**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| THE NORTHWESTERN MUTUAL<br>LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  05-11301-JLT |
| JOHN DANIEL MOONEY &<br>DEBORAH A. MOONEY, | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF DEFAULT OF DEBORAH A. MOONEY**

To the Clerk of the above-named Court:

I, Brian J. Hughes, attorney for the above-named plaintiff, under oath and the penalties of perjury, state that:

1.  The complaint in which a judgment for affirmative relief is sought against the defendants was filed on or about June 23, 2005, with Defendant Deborah A. Mooney waiving service on July 19, 2005.

2.  On July 18, 2005, Defendant Deborah A. Mooney was served with the Cross-Claim of Defendant John Daniel Mooney, as shown by the Certificate of Service previously filed.

3.  The time within which Defendant Deborah A. Mooney was required to serve a responsive pleading or otherwise defend both the Complaint and Cross-Claims pursuant to Rule 12(a) or any other extension thereof agreed by the parties has expired.

3.  Defendant Deborah A. Mooney have failed to serve or file a responsive pleading or otherwise defend as to the Complaint or the Cross-Claims.

WHEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Defendant John Daniel Mooney offers this notice and requests that the Defendant Deborah A. Mooney be defaulted.

Subscribed, this 22nd day of August, 2005 under the penalties of perjury.

JOHN DANIEL MOONEY,
By his attorneys,


/s/ Brian J. Hughes

_____
Brian J. Hughes, BBO# 654204
Jackson & Coppola, P.C.
Assinippi Commons, Suite 203
101 Longwater Circle
Norwell, Massachusetts 02061
(781) 792-3984


## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2005, a copy of the foregoing Notice of Default was served via electronic filing procedure, upon the following:

Patricia R. Rich, Esq.
Duane Morris, LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Counsel for Plaintiff


/s/ Brian J. Hughes

_____
Brian J. Hughes