UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  05-11301-JLT |
| JOHN DANIEL MOONEY & DEBORAH A. MOONEY, | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR DEFAULT JUDGMENT

The undersigned, counsel for Defendant John Daniel Mooney, moves that judgment enter against Defendant Deborah A. Mooney, in the following form:

1. An Order declaring that John Daniel Mooney is the true and rightful owner of the insurance policy referred to in the Complaint filed by the Plaintiff, The Northwestern Mutual Life Insurance Company, pursuant to Count I of the Cross Claim;

2. An Order declaring that, to the extent that John Daniel Mooney is held liable to pay any sums to the Plaintiff, The Northwestern Mutual Life Insurance Company, as a result of this controversy, that Defendant Deborah A. Mooney be held liable to John Daniel Mooney to indemnify him, pursuant to Count II of the Cross-Claim;

The undersigned, counsel for Defendant John Daniel Mooney, further makes affidavit that:

1. That the Defendant Deborah A. Mooney is not an infants nor an incompetent person;

2. That the Defendant Deborah A. Mooney is not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, but is an individual currently residing in Farmington, Maine.

                                      JOHN DANIEL MOONEY,
                                      By his attorneys,

                                      /s/ Brian J. Hughes
                                      _____
                                      Brian J. Hughes, BBO# 654204
                                      Jackson & Coppola, P.C.
                                      Assinippi Commons, Suite 203
                                      101 Longwater Circle
                                      Norwell, Massachusetts 02061
                                      (781) 792-3984

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August 2005, a copy of the foregoing Motion For Default Judgment was served via electronic filing procedure, upon the following:

Patricia R. Rich, Esq.
Duane Morris, LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Counsel for Plaintiff

                                      /s/ Brian J. Hughes
                                      _____
                                      Brian J. Hughes