UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE NORTHWESTERN MUTUAL, LIFE INSURANCE COMPANY<br>    Plaintiff<br><br>v.<br><br>JOHN DANIEL MOONEY and DEBORAH A. MOONEY<br>    Defendants | Civil Action No. 05-11301 JLT |

## DEBORAH A. MOONEY'S ANSWER AND AFFIRMATIVE DEFENSES TO CROSS-CLAIM OF DEFENDANT, JOHN DANIEL MOONEY

NOW COMES the Defendant, Deborah A. Mooney ("the Defendant") and respectfully submits this Answer and Affirmative Defenses to the Cross-Claim of the Defendant, John Daniel Mooney.

### Facts

1) Admitted.

2) Admitted.

3) Admitted.

4) Denied. In further answering ¶ 4, the Defendant states that the parties agreed that ownership of the policy would be transferred to the Defendant, and that John Daniel Mooney in fact effectuated the transfer by signing an owner designation form dated October 28, 1998.

5) Denied. In further answering ¶ 5, the Defendant states that John Daniel Mooney signed the owner designation form at his place of employment, Colonial Land Surveying in Hanover, Massachusetts, in the presence of the Defendant and another witness, Cynthia Pendergast.

6) Denied.

## Count I – Declaratory Relief

7) Admitted.

8) Denied.

## Count II - Indemnification

9) Admitted.

10) Denied.

## Count III – Claim for Attorney's Fees

11) Denied.

12) Denied. In further answering ¶ 12, the Defendant states that this lawsuit is a result of John Daniel Mooney's bogus claim of forgery.

13) Denied.

### FIRST AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred for failure to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred because of laches.

### FOURTH AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred because of fraud.

### FIFTH AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred because of illegality.

### SIXTH AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred by the statute of frauds.

## SEVENTH AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred by the statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred by doctrine of res judicata.

## NINTH AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred by the doctrine of collateral estoppel.

## TENTH AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred because of waiver.

## ELEVENTH AFFIRMATIVE DEFENSE

John Daniel Mooney's cross-claim is barred by the doctrine of unclean hands.

WHEREFORE, Deborah A. Mooney respectfully requests that this Honorable Court:

1. Dismiss all Counts of John Daniel Mooney's Cross-Claim with prejudice;
2. Enter judgment for the Defendant, Deborah A. Mooney, on all Counts of John Daniel Mooney's Cross-Claim;
3. Award the Defendant, Deborah A. Mooney, attorney's fees, interest and costs; and
4. Award the Defendant, Deborah A. Mooney, such other and further equitable and legal relief as this Court deems just and proper.

Respectfully submitted,
DEBORAH A. MOONEY
By her Attorneys,

*[signature]*

Elaine M. Epstein BBO # 155280
Maureen McBrien BBO # 657494
Todd & Weld LLP
28 State Street
Boston, MA 02109
Tel: (617) 720-2626

Date: August 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing defendant's Answer and Affirmative Defenses to Cross-Claim of Defendant, John Daniel Mooney on the plaintiff, by first class mail, postage prepaid to its attorney of record, Patricia R. Rich, Esquire, Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts 02210, and on the co-defendant, by first class mail, postage prepaid to his attorney of record, Brian J. Hughes, Esquire, Jackson & Coppola, P.C., Assinippi Commons, Suite 203, 101 Longwater Circle, Norwell, Massachusetts 02061.

Date:  August 22, 2005

Maureen McBrien