UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DANIEL MOONEY & DEBORAH A. MOONEY,<br><br>    Defendants. | CIVIL ACTION NO. 05-11301-JLT |

## ANSWER OF DEFENDANT JOHN DANIEL MOONEY TO CROSS-CLAIM

Now comes Defendant John Daniel Mooney (hereinafter "the Defendant"), through his counsel, and respectfully submits this Answer to the cross-claim filed by Defendant, Deborah A. Mooney.

### PARTIES

1. The Defendant is without sufficient information as to form a belief as to the truth or accuracy of the statements contained in this paragraph.

2. Admitted..

### FACTUAL ALLEGATIONS

3. Admitted.

4. Denied..

5. Denied.

6. Denied.

7. Denied.

8. The Defendant is without sufficient information as to form a belief as to the truth or accuracy of the statements contained in this paragraph.

9. Denied.

10. Denied to the extent that the Cross-Claimant implies that said signature is that of John Daniel Mooney.  The document otherwise speaks for itself.

11. Denied.

12. Admitted.

13. Admitted.

14. Admitted.

15. Denied.

16.  The Defendant is without sufficient information as to form a belief as to the truth or accuracy of the statements contained in this paragraph.

17. The Defendant is without sufficient information as to form a belief as to the truth or accuracy of the statements contained in this paragraph.

18. Admitted.

19. The Defendant is without sufficient information as to form a belief as to the truth or accuracy of the statements contained in this paragraph.

20. Denied.

21. Admitted.

22. Denied.

23. Admitted.

24. The Defendant is without sufficient information as to form a belief as to the truth or accuracy of the statements contained in this paragraph.

25. Denied.

26. Admitted.

27. Denied.

28. Denied.

29. Denied.

30. Admitted.

31. Denied.

## COUNT I

32. John Daniel Mooney incorporates the admissions, denials, and other responses in paragraphs 1-31 as if fully set forth herein.

33. Denied.

## COUNT II

34. John Daniel Mooney incorporates the admissions, denials, and other responses in paragraphs 1-33 as if fully set forth herein.

35. Denied.

## COUNT III

36. John Daniel Mooney incorporates the admissions, denials, and other responses in paragraphs 1-35 as if fully set forth herein.

37. Denied.

38. Denied.

39. Denied.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff fails to state a claim for costs and attorneys' fees upon which relief could be granted.

## SECOND AFFIRMATIVE DEFENSE

The Defendant states that he is the true owner of the insurance policy in question and that he is entitled to all of the rights and privileges appurtenant thereto.

## THIRD AFFIRMATIVE DEFENSE

The Defendant states that Defendant Deborah A. Mooney fraudulently and criminally effectuated the transfer of ownership of the Policy by forging the Defendant's name to the transfer documents.

## FOURTH AFFIRMATIVE DEFENSE

The Defendant states that at no time did he intend to transfer ownership of the Policy to any person.

### FIFTH AFFIRMATIVE DEFENSE

Any damages suffered by Deborah A. Mooney was the result of its own conduct, omission, or inaction.

### SIXTH AFFIRMATIVE DEFENSE

Any damages suffered by the Deborah A. Mooney was the result of the conduct, omission, or inaction of someone other than the Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

Deborah A. Mooney's cross-claim is barred under the doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

Deborah A. Mooney's cross-claim is barred under the doctrine of estoppel.

### NINTH AFFIRMATIVE DEFENSE

Deborah A. Mooney's cross-claim is barred under the doctrine of laches.

Respectfully submitted,
JOHN DANIEL MOONEY, by his attorneys,
Jackson & Coppola, P.C.

/s/  Brian J. Hughes
_____
Brian J. Hughes, B.B.O.# 654204
Donald H. Jackson, Jr., B.B.O.# 248620
Jackson & Coppola, P.C.
Assinippi Commons, Suite 203
101 Longwater Circle
Norwell, Massachusetts 02061
(781) 792-3984

Dated:  September 21, 2005