**DuaneMorris®**

FIRM and AF...  ...E OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPH...
SAN DIEGO
SAN FRANC...
BOSTON
WASHINGTO...
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOW...
WILMINGTO...
HARRISBUR...
PRINCETON
WESTCHES...

PATRICIA R. RICH
DIRECT DIAL: 617.289.9290
E-MAIL: prich@duanemorris.com

www.duanemorris.com

September 26, 2005

**BY HAND**

Zita Lovett
Deputy Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

   Re: The Northwestern Mutual Life Insurance Company v. John Daniel Mooney, e... ,
     Civil Action Number: 05-11301-JLT

Dear Ms. Lovett:

  Pursuant to the Court's discovery order, dated August 29, 2005, in the above-referenc... case, I write to inform the Court that the Northwestern Mutual Life Insurance Company's Motion for Discharge and Motion to Dismiss Defendant Deborah A. Mooney's Counterclaim... currently pending before the Court. Moreover, the above-referenced case is scheduled for a conference on October 4, 2005 at 11:00 a.m.

  Thank you for your attention to this matter, and please contact me with any questions

                Very truly yours,

                *Patricia Rich*

                Patricia R. Rich

PRR/lnw
cc: Brian J. Hughes, Esq. (via first class mail)
   Elaine Epstein, Esq. (via first class mail)