UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY <br><br> Plaintiff, <br><br> v. <br><br> JOHN DANIEL MOONEY and DEBORAH A. MOONEY <br><br> Defendants. | ) ) ) ) ) ) ) ) No.: 05-11301-JLT ) ) ) ) ) ) ) |

## THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S
## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned affirm that they have conferred:

(a)    with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: September 28, 2005

_____
Patricia R. Rich (BBO # 640578)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 617.289.900
Fax: 617.289.9201

Counsel for Plaintiff,
The Northwestern Mutual Life Insurance Company

The Northwestern Mutual Life Insurance Company.

By:_____

Title:_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY <br><br> Plaintiff, <br><br> v. <br><br> JOHN DANIEL MOONEY and DEBORAH A. MOONEY <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No.: 05-11301-JLT |

### THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned affirm that they have conferred:

(a)   with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: September 23, 2005

_____
Patricia R. Rich (BBO # 640578)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 617.289.900
Fax: 617.289.9201

Counsel for Plaintiff,
The Northwestern Mutual Life Insurance Company

The Northwestern Mutual Life Insurance Company.

By: *Lisa A. Malcone*
Title: Senior Litigation Paralegal

BOS\137901.1