UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE NORTHEASTERN MUTUAL LIFE INSURANCE CO., | * * * | |
| Plaintiff, | * * | Civil Action No. 05-11301-JLT |
| v. | * * | |
| JOHN DANIEL MOONEY and DEBORAH A. MOONEY, | * * * | |
| Defendants. | * | |

ORDER

October 18, 2005

TAURO, J.

The court hereby orders that:

1. John Daniel Mooney's Motion for Default Judgment as to Deborah A. Mooney [#6] is DENIED; and

2. Plaintiff's Motion to Dismiss Defendant Deborah A. Mooney's Counterclaims and Motion to Discharge Plaintiff The Northwestern Mutual Life Insurance Company from the Interpleader Action [#11] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge