UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2005 OCT 21  A 11: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY )<br><br>Plaintiff, )<br><br>v. )<br><br>JOHN DANIEL MOONEY and DEBORAH A. MOONEY )<br><br>Defendants. ) | No.: 05-11301-JLT |

## ASSENTED-TO MOTION TO EXTEND TIME

Plaintiff, The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") moves this Court for an extension of time within which it must answer Defendant Deborah A. Mooney's counterclaims, filed August 22, 2005, up to and including November 7, 2005. As grounds for this motion Plaintiff states:

1. On October 18, 2005, the Court denied Northwestern Mutual's Motion for Discharge from the Interpleader Action and Motion To Dismiss Defendant Deborah A. Mooney's Counterclaims.

2. Lead counsel for Northwestern Mutual is currently out of the country on vacation and requires additional time upon her return to adequately prepare an answer.

3. Counsel for Defendant, Deborah Mooney, has assented to this motion.

WHEREFORE, Plaintiff requests that the Court grant an extension of time within which it must respond to Deborah Mooney's counterclaims up to and including November 7, 2005.

BOS\139223.1

Dated: October 21, 2005

Respectfully submitted,

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,
By its attorneys,

*Darlene D. Moreau*
Patricia R. Rich (BBO # 640578)
Darlene D. Moreau (BBO#648455)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel: 617-289-9200
Fax: 617-289-9201

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for the Northwestern Mutual Life Insurance Company certifies that on October 20, 2005 she conferred via telephone with Maureen McBrien, counsel for Defendant Deborah A. Mooney, who has assented to this motion

Dated: October 21, 2005

*Darlene D. Moreau*
Darlene D. Moreau

Dated: October 21, 2005

Respectfully submitted,

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,
By its attorneys,

*Darlene D. Moreau*
Patricia R. Rich (BBO # 640578)
Darlene D. Moreau (BBO#648455)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel: 617-289-9200
Fax: 617-289-9201

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for the Northwestern Mutual Life Insurance Company certifies that on October 20, 2005 she conferred via telephone with Maureen McBrien, counsel for Defendant Deborah A. Mooney, who has assented to this motion

Dated: October 21, 2005

*Darlene D. Moreau*
Darlene D. Moreau

BOS\139223.1

## CERTIFICATE OF SERVICE

I, Darlene D, Moreau, do hereby certify that I have served a true copy of the within document upon the listed counsel, by first class mail, postage prepaid, on this day, October 21, 2005.

Maureen McBrien
Todd & Weld LLp
31st Floor
28 State Street
Boston, MA 02109-1775

Brian J. Hughes
Jackson & Coppola
101 Longwater Circle
Assinippi Commons, Suite 203
Norwell, MA 02061

*Darlene D. Moreau*
Darlene D. Moreau

BOS\139223.1