# The Law Office of Donald H. Jackson, Jr.

A Professional Corporation
Assinippi Commons
101 Longwater Circle, Suite 203
Norwell, Massachusetts 02061

Telephone (781) 792-3984                                                Facsimile (781) 792-3987

Donald H. Jackson, Jr.
Brian J. Hughes

May 30, 2006

J. Daniel Mooney
c/o Colonial Land Surveying Company
269 Hanover Street
Hanover, Massachusetts 02339

        Re:    United States Court of Appeals for the First Circuit
                   John Daniel Mooney Vs: Deborah A. Mooney
                   No. 06-1118

                   U.S. District Court (Mass.)
                   Northwestern Mutual v. Mooney
                   05-11301-JLT

                   Plymouth Probate Court
                   Mooney v. Mooney
                   98D 1672-DV1

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been temporarily suspended from further practice of law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after May 26, 2006, the effective date of temporary suspension.

If you are not represented by co-counsel, {you are represented by co-counsel, Brian J. Hughes} you should act promptly to obtain other counsel to represent you further in the above matter. In addition, the following circumstances of this case will require immediate attention:

                                ***

You have the right to have all papers, documents, and other materials that you supplied to me in this case returned to you, as well as the right to certain other documents in your file. These documents may be retrieved from:

Donald H. Jackson, Jr.
101 Longwater Circle #203
Norwell, MA 02061
781.792.3984

You also have the right to a refund of any part of any fees and costs you paid in advance that have not been earned or expended.

You are further notified that I am required to close every IOLTA, client, trust, or other fiduciary account and properly disburse or otherwise transfer all client and fiduciary funds in my possession, custody or control.

*Donald H. Jackson*

Donald H. Jackson, Jr.
101 Longwater Circle #203
Norwell, MA 02061
781.792.3984

# The Law Office of Donald H. Jackson, Jr.

A Professional Corporation
Assinippi Commons
101 Longwater Circle, Suite 203
Norwell, Massachusetts 02061

Telephone (781) 792-3984                                    Facsimile (781) 792-3987

**Donald H. Jackson, Jr.**
**Brian J. Hughes**

May 30, 2006

Patricia R. Rich, Esq.
Duane Morris, LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Counsel for Northwestern

Elaine Epstein, Esq.
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109-1775
Counsel for Deborah Mooney

Re:   United States District Court Docket
      Northwestern Mutual v. John Daniel Mooney
      No. 05-11301-JLT

      U.S. Court of Appeals, 1st Circuit
      Mooney v. Mooney
      No. 06-1118

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers, you are hereby advised that I have been temporarily suspended from further practice of law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after May 26, 2006, the effective date of my temporary suspension.

_____
Donald H. Jackson, Jr.
101 Longwater Circle #203
Norwell, MA 02061
781.792.3984

# The Law Office of Donald H. Jackson, Jr.
A Professional Corporation
Assinippi Commons
101 Longwater Circle, Suite 203
Norwell, Massachusetts 02061

Telephone (781) 792-3984                                      Facsimile (781) 792-3987

**Donald H. Jackson, Jr.**
**Brian J. Hughes**

May 30, 2006

Patricia R. Rich, Esq.
Duane Morris, LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Counsel for Northwestern

Elaine Epstein, Esq.
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109-1775
Counsel for Deborah Mooney

Re:   United States District Court Docket
      Northwestern Mutual v. John Daniel Mooney
      No. 05-11301-JLT

      U.S. Court of Appeals, 1st Circuit
      Mooney v. Mooney
      No. 06-1118

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers, you are hereby advised that I have been temporarily suspended from further practice of law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after May 26, 2006, the effective date of my temporary suspension.

*[signature]*
Donald H. Jackson, Jr.
101 Longwater Circle #203
Norwell, MA 02061
781.792.3984

# The Law Office of Donald H. Jackson, Jr.

A Professional Corporation
Assinippi Commons
101 Longwater Circle, Suite 203
Norwell, Massachusetts 02061

Telephone (781) 792-3984                                   Facsimile (781) 792-3987

**Donald H. Jackson, Jr.**
**Brian J. Hughes**

May 30, 2006

Robert E. Greenglass
One Park Place
Plymouth, Massachusetts 02360

        Re:    Plymouth Probate Court
                   Mooney v. Mooney
                   98D1672-DV1

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers, you are hereby advised that I have been temporarily suspended from further practice of law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after May 26, 2006, the effective date of my temporary suspension.

*[signature]*
Donald H. Jackson, Jr.
101 Longwater Circle #203
Norwell, MA 02061
781.792.3984