UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 05-11301-JLT |
| JOHN DANIEL MOONEY, and DEBORAH A. MOONEY, | * * * | |
| Defendants. | * | |

ORDER

April 3, 2007

TAURO, J.

This court hereby orders that:

1.    Upon reconsideration, this court does have original jurisdiction to hear this case.[1]

2.    The parties shall advise the court how they wish to proceed by April 17, 2007.

IT IS SO ORDERED.

         /s/ Joseph L. Tauro
        United States District Judge

---

[1] See 28 U.S.C. § 1335(a)(1).