## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  05-11301-JLT |
| JOHN DANIEL MOONEY & DEBORAH A. MOONEY, | ) ) ) ) | |
| Defendants. | ) ) | |

### MOTION FOR LEAVE TO WITHDRAW OF APPEARANCE OF COUNSEL

Now comes Brian J. Hughes, Esq., counsel for defendant John Daniel Mooney, who respectfully requests that this Honorable Court grant said counsel leave to withdraw his appearance for the defendant in this case.

For reasons therefore, said counsel states that his law office is to be closed and cease to be an operating concern on or about May 1, 2007 and on said day, counsel is to commence employment as an Associate Attorney with the law firm of Brennan, Recupero, Cascione, Scungio & McAllister, LLP, in Taunton, Massachusetts.  Said firm will not be undertaking the representation of the defendant in this matter.

Mr. Mooney has consulted with Attorney Hughes with regard to this Motion and has been served with a copy thereof.

        Respectfully submitted,
        JOHN DANIEL MOONEY, by his attorney,


        /s/  Brian J. Hughes
        _____
        Brian J. Hughes, B.B.O.# 654204
        Law Office of Brian J. Hughes, P.C.
        Assinippi Commons, Suite 203
        101 Longwater Circle
        Norwell, Massachusetts 02061
        (781) 753-6670

Dated:  April 17, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of April, 2007, a copy of the foregoing document was served via the electronic case management system upon the following:

Patricia R. Rich, Esq.
Duane Morris, LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
*Counsel for the Plaintiff*

Elaine Epstein, Esq.
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109-1775
*Counsel for defendant Deborah A. Mooney*

And by first-class mail, postage prepaid, on:

John Daniel Mooney
308 Quarry St., #602
Quincy, MA 02169
*Defendant*

    /s/   Brian J. Hughes
    _____
    Brian J. Hughes