UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE NORTHWESTERN MUTUAL,<br>LIFE INSURANCE COMPANY<br>      Plaintiff<br><br>v.<br><br>JOHN DANIEL MOONEY and<br>DEBORAH A. MOONEY<br>      Defendants | Civil Action No. 05-11301 JLT |

## STATEMENT OF POSITION OF DEFENDANT DEBORAH A. MOONEY

    Without addressing or further arguing the Court's reconsideration of the jurisdictional issue, the Defendant Deborah Mooney advises the Court as set forth below in compliance with the Court's Order of April 3, 2007. In a nutshell, although there are meritorious reasons to dismiss this action, including collateral estoppel and various abstention doctrines, Ms. Mooney requests (and will so move) that this Court stay these proceedings in order to allow a declaratory judgment action to be brought in the Plymouth Probate and Family Court, where this matter is most appropriately heard.

    In particular, Ms. Mooney advises the court of the following:

    1.    As was reported to the Court at the time of the Status Conference on April 2, 2007, the Plaintiff Northwestern Mutual has agreed to continue to hold the policy in question awaiting determination by a court as to the appropriate owner and beneficiary. Northwestern Mutual has also agreed to abide by the decision of whichever court ultimately makes this determination. Northwestern Mutual and Deborah Mooney have agreed that this entire action may be dismissed, but if instead stayed, that the Counterclaim against Northwestern Mutual may be dismissed, there being a separate agreement between Northwestern Mutual and Deborah Mooney as to future proceedings.

    2.    Ms. Mooney takes the position that the defendant John Mooney is collaterally estopped from attempting to, in effect, set aside a portion of the 1999 Agreement and Judgment of the Probate and Family Court, in that he knew of the assignment of ownership of the policy in question in 1998, entered into a Separation Agreement which divided all property (including personal property of the parties) in 1999, did not list the cash value of the policy in question on his Financial Statement, while his then wife did so list it, and failed to bring any action relating to this issue for years, until later unhappy with other aspects of the Separation Agreement. These

issues must be addressed either in this Court or in the Probate and Family Court <u>before</u> any trial on the merits on whether or not there was a forgery in 1998 can proceed.

      3. While a declaratory judgment action would most properly be brought by the defendant John Mooney, in light of his counsel's present intention not to continue in the representation of Mr. Mooney, this action will need to be brought by the Defendant Deborah Mooney. Issues to be addressed in that proceeding will include and be dispositive of all issues between John and Deborah Mooney and Northwestern Mutual has agreed to be bound by the outcome. On this representation, Ms. Mooney does not believe it will be necessary to implead Northwestern Mutual in those proceedings.

      For the above reasons, Ms. Mooney requests that in the event Mr. Mooney objects to the dismissal of this matter, that this Court <u>stay</u> the instant proceedings to allow her to proceed in the Plymouth Probate and Family Court. Should the court wish to receive a Motion to Stay, she requests one week from the date hereof to file same.

                                  Respectfully submitted,
                                  DEBORAH A. MOONEY
                                  By her Attorneys,

                                  _____
                                  Elaine M. Epstein BBO # 155280
                                  Maureen McBrien BBO # 657494
                                  Todd & Weld LLP
                                  28 State Street
                                  Boston, MA 02109
                                  Tel: (617) 720-2626

Date: April 17, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the foregoing defendant's Statement of Position on the plaintiff Northwestern Mutual Life Insurance Company and the Defendant John D. Mooney by electronic filing.

                                  _____
Date: April 17, 2007                Elaine M. Epstein

2