UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
THE NORTHWESTERN MUTUAL                   )
LIFE INSURANCE COMPANY,                   )
                                          )
        Plaintiff,                        )
                                          )   CIVIL ACTION NO. 05-11301 JLT
v.                                        )
                                          )
JOHN DANIEL MOONEY &                      )
DEBORAH A. MOONEY                         )
                                          )
        Defendants.                       )
_____)


**STATUS REPORT OF THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY IN RESPONSE TO THE COURT'S APRIL 3, 2007 ORDER**


      Pursuant to the request of the Court in its April 3, 2007 Order, The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") files this status report.

      As the Court is aware, this matter was filed because Northwestern Mutual received conflicting claims from each of the defendants regarding the rightful owner of a life insurance policy. Having received those conflicting claims from each of the defendants, Northwestern Mutual, as the disinterested stakeholder, took the proper step of filing this interpleader action to provide the defendants with a forum to resolve their dispute. Notwithstanding having taken this proper action, the matter has been pending for a significant amount of time, and as a result, Northwestern Mutual has incurred significant cost and expense in an attempt to have the defendants resolve the dispute between them regarding the underlying insurance policy. It is Northwestern Mutual's desire to have this matter brought promptly to conclusion.

      As Northwestern Mutual has continually informed both defendants and this Court, it takes no position with respect to the dispute over the rightful owner of the insurance policy, and it will abide by any agreement reached by the parties or order from this Court or any other court of competent jurisdiction regarding ownership of the insurance policy. Accordingly, Northwestern Mutual is agreeable to having the claims against it brought by Ms. Mooney dismissed in their entirety and the interpleader declaratory judgment action stayed pending resolution of the matter in the probate court in a declaratory action between Ms. Mooney and Mr. Mooney. As Ms. Mooney indicated in her statement, she has represented to Northwestern Mutual that she will not implead or otherwise name Northwestern Mutual into the probate court action. If, however, any party to the probate court action were to implead or otherwise add

2

Northwestern Mutual into such action, then Northwestern Mutual would request that this Court would, at that time, lift any stay in place in this action.

| | |
|---|---|
| Dated: April 17, 2007 | Respectfully submitted,<br><br>THE NORTHWESTERN MUTUAL<br>LIFE INSURANCE COMPANY,<br>By its attorneys,<br><br>    /s/ *Patricia R. Rich*<br>Patricia R. Rich (BBO # 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Tel: 617-289-9200<br>Fax: 617-289-9201 |

**CERTIFICATE OF SERVICE**

    I, Patricia R. Rich, do hereby certify that I have served a true copy of the within document upon those counsel who do not otherwise receive electronic notice, by first class mail, postage prepaid, on this April 17, 2007.

                                                                          /s/ *Patricia R. Rich*
                                                                       Patricia R. Rich