UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 05-11301-JLT |
| JOHN DANIEL MOONEY, and DEBORAH A. MOONEY, | * * * | |
| Defendants. | * | |

ORDER

April 24, 2007

TAURO, J.

This court hereby orders that:

1. Counsel for Defendant John Mooney's Motion for Leave to Withdraw of Appearance of Counsel [#24] is DENIED. Counsel may withdraw from the case once successor counsel has been appointed.

2. Counsel for Defendant John Mooney shall file a status report by April 27, 2007, 5:00 pm.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge