UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 05-11301-JLT |
| JOHN DANIEL MOONEY, and DEBORAH A. MOONEY, | * * * | |
| Defendants. | * | |

ORDER

June 14, 2007

TAURO, J.

This court hereby orders that all motions to stay proceedings shall be filed by July 2, 2007.

All oppositions shall be filed by July 16, 2007.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge