UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DANIEL MOONEY & )<br>DEBORAH A. MOONEY, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 05-11301-JLT |

## DEBORAH A. MOONEY'S MOTION TO STAY PROCEEDINGS

In accordance with this Court's Order of June 14, 2007, the Defendant, Deborah A. Mooney, respectfully requests that this Honorable Court stay any further proceedings in the federal court in this matter, pending determination of the disputed ownership of the Northwestern Mutual life insurance policy in question in the Probate and Family Court by means of a Petition for Declaratory Judgment. In support of this motion, the Defendant relies on the memorandum of reasons submitted herewith and incorporated herein by reference.

                    Respectfully submitted,
                    DEBORAH A. MOONEY,
                    By her Attorneys,

                    /s/ Elaine M. Epstein
                    Elaine M. Epstein, B.B.O. #155280
                    Maureen McBrien, B.B.O. #657494
                    Todd & Weld, LLP
                    28 State Street
                    Boston, MA 02109
Dated: July 2, 2007          (617) 720-2626