UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DANIEL MOONEY & DEBORAH A. MOONEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11301-JLT<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OF REASONS IN SUPPORT OF DEBORAH A. MOONEY'S MOTION TO STAY PROCEEDINGS

The Defendant, Deborah A. Mooney ("Deborah"), hereby submits this memorandum of reasons in support of her Motion to Stay Proceedings. In support of her motion, Deborah states as follows:

1. The Defendants were divorced in 1999 by the Plymouth County Probate and Family Court, which reviewed their financial statements and an agreement between them, the latter of which was incorporated (and survived) a judgment of that court. Later proceedings between the Defendants relating to their divorce, including contempts and a modification, have also been heard and decided by that court.

2. The Defendant, Deborah Mooney ("Deborah"), maintains that all issues relating to the ownership of and any cash value in the life insurance policy in question were resolved by prior Probate and Family Court proceedings and that the Defendant John Daniel Mooney ("John") cannot now raise the issue of ownership years later. John

Daniel Mooney maintains that the transfer of the ownership of the policy to Deborah in 1998 was the result of a forgery.

3. Whether or not the issue of the ownership of this policy can properly be raised at this point and if so, the merits of that claim, are issues best resolved by the Probate and Family Court which has heard all matters between the Defendants resulting from their divorce to date. Indeed, another claim brought by John in the Federal Court was previously dismissed, and that dismissal was upheld by the First Circuit Court of Appeals. Mooney v. Mooney, 471 F. 3d 246 (1st Cir. 2006).

4. The Plaintiff Northwestern Mutual has agreed to continue to hold the policy in question awaiting determination by the Probate and Family Court as to the appropriate owner and beneficiary. Northwestern Mutual has agreed to abide by the decision of the Probate and Family Court, without the necessity of it being made a party to those proceedings.

5. Deborah will supplement the federal court record with her Petition for Declaratory Judgment, which will be filed before July 16, 2007, the date by which John is required to file an opposition to this motion.

WHEREFORE, the Defendant, Deborah A. Mooney, respectfully requests that this Honorable Court stay the federal court proceedings.

Respectfully submitted,
DEBORAH A. MOONEY,
By her Attorneys,

/s/ Elaine M. Epstein
Elaine M. Epstein, B.B.O. #155280
Maureen McBrien, B.B.O. #657494
Todd & Weld, LLP
28 State Street
Boston, MA 02109

Dated: July 2, 2007                          (617) 720-2626

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing **Defendant's Motion to Stay Proceedings, and Memorandum of Reasons in Support of Deborah A. Mooney's Motion to Stay Proceedings** on the plaintiff, via electronic case management system, to its attorney of record: Patricia R. Rich, Esquire, Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts 02210, and on the co-defendant, via electronic case management system, to his attorney of record, Brian J. Hughes, Esquire, Brennan, Recupero, Cascione, Scungio & McAllister, LLP, 1 Church Green, P.O. Box 488, Taunton, MA 02780.

Date:  July 2, 2007

      /s/ Maureen McBrien  
Maureen McBrien