UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 05-11301-JLT |
| JOHN DANIEL MOONEY & DEBORAH A. MOONEY, | ) ) ) | |
| Defendants. | ) ) | |

### CO-DEFENDANT JOHN DANIEL MOONEY'S OPPOSITION TO CO-DEFENDANT DEBORAH A. MOONEY'S MOTION TO STAY PROCEEDINGS

Now comes Co-Defendant John Daniel Mooney, through his counsel, who respectfully submits to this Honorable Court his Opposition to the Motion of Co-Defendant Deborah A. Mooney to Stay Proceedings. The reasons for said opposition are as follows:

1. This case was brought by the Plaintiff to determine who owns the subject insurance policy; if the Court allows the Motion and stays the proceedings, it would be sanctioning Ms. Mooney's blatant attempts a forum-shopping and would allow Ms. Mooney to prosecute a later-filed action for the same claim in contravention of "first-filed" venue doctrine;

2. Ms. Mooney's Motion is untimely, for this case has been pending since 2005 and the grounds cited as justification for the stay, the potential claim being filed by Ms. Mooney, were in existence at the time this case was filed by the Plaintiff; and

3. Allowing Ms. Mooney to stop these proceedings in favor of those alleged to be filed in state court, Ms. Mooney will be wasting judicial resources by restarting the litigation process and bringing another judge[1] up to date with the causes and allegations that have attended this matter over the last two years;

4. Since the institution of the interpleader claim, Ms. Mooney has been attempting, without success, to have this action decided in Probate Court, as said Court is the preferred forum for Ms. Mooney and her counsel;

---

[1] Note that the original Probate Court Justice (Menno, J.) has not retained jurisdiction of this case. Any new claims filed under the original probate docket would be heard by Justice Roberts, who has no knowledge of this action and would need to begin considering this matter from scratch.

5. Over the last two years Mr. Mooney has invested thousands of dollars in expert and legal fees in preparing his claim; said expert has firmly determined that Mr. Mooney did not sign the papers transferring ownership of the policy;

6. Ms. Mooney has not proffered any evidence refuting Mr. Mooney's claims; if said evidence existed, this Court can be assured that if said evidence existed, Ms. Mooney would have produced it heretofore and obtain a judgment on the merits of this claim; the absence of said evidence is the true basis for the immediate Motion;

7. In any proceedings before the Probate Court, it is expected that Ms. Mooney will attempt to use extraneous and unrelated matters (alimony issues and other domestic relations matters) to truncate the proceedings therein; such matters would likely not be considered relevant in this interpleader action, considering the narrow scope of issues to be decided;

8. It is Mr. Mooney's belief that Ms. Mooney is attempting to confuse the legal issues involved in order to prevent a trial by the merits at any cost;

9. Mr. Mooney has completed discovery in this matter and is ready to schedule this matter for trial, within the confines of his expert's availability;

10. Any cooperation by the Plaintiff, as cited by Ms. Mooney, should be disregarded by the Court, for the Plaintiff has been advocating for any means by which it can be removed from this action, regardless as to the legal merits of said means.

WHEREFORE, John Daniel Mooney respectfully requests that this honorable Court DENY the motion of Deborah A. Mooney and SCHEDULE this matter for trial during the winter of 2007.

Respectfully submitted,
JOHN DANIEL MOONEY, by his attorney,


/s/ Brian J. Hughes
_____
Brian J. Hughes, B.B.O.# 654204
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
One Church Green
P.O. Box 488
Taunton, MA 02780
(508) 822-0178

Dated: July 10, 2007

CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of July, 2007, a copy of the foregoing document was served via the Court's electronic filing system, postage prepaid, upon the following:

Patricia R. Rich, Esq.
Duane Morris, LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Counsel for the Plaintiff

Elaine Epstein, Esq.
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109-1775
Counsel for defendant Deborah Mooney

                                      /s/    Brian J. Hughes

                                      Brian J. Hughes