UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 05-11301-JLT |
| JOHN DANIEL MOONEY, and DEBORAH A. MOONEY, | * * * | |
| Defendants. | * | |

ORDER

July 23, 2007

TAURO, J.

This court hereby orders:

1. Deborah Mooney's Motion to Stay Proceedings [#30] is DENIED.

2. A Pretrial Conference will be held on September 5, 2007 at 11:45 am.

IT IS SO ORDERED.

        /s/ Joseph L. Tauro
United States District Judge