UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | No.: 05-CV-11301-JLT |
| v. | ) ) ) | |
| JOHN DANIEL MOONEY and DEBORAH A. MOONEY | ) ) ) ) | |
| Defendants. | ) ) | |

# THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO L.R. 56.1

Pursuant to L.R. 56.1, The Northwestern Mutual Life Insurance Company submits the following statement of undisputed material facts:

1. On or about October 23, 1985, Northwestern Mutual issued to Defendant John Daniel Mooney ("John Mooney") a policy of life insurance, policy number 9726985 (the "Policy"). See Affidavit of Kim Platek, dated August 21, 2007 filed herewith at ¶2; Complaint ¶6; John Mooney Answer ¶6; and Deborah Mooney's Answer ¶6.

2. At the time the Policy issued, John Mooney was both the Policy's owner and the insured. See Affidavit of Kim Platek, dated August 21, 2007 filed herewith at ¶3; Complaint ¶7; John Mooney Answer ¶7; and Deborah Mooney's Answer ¶7.

3. In or about November 1998, Northwestern Mutual received an owner designation form dated October 28, 1998, and purportedly signed by John Mooney (the "Owner Designation"), indicating that the owner of the Policy was to be changed to Defendant Deborah

Mooney, who at that time was the wife of the insured, Defendant John Mooney. See Affidavit of Kim Platek, dated August 21, 2007 filed herewith at ¶4 and Exhibit A; Complaint ¶8; Deborah Mooney's Answer ¶8.

4. In or about January 2005, John Mooney informed Northwestern Mutual that he had not signed the Owner Designation and that it was not his intention to transfer ownership of the Policy. See Affidavit of Kim Platek, dated August 21, 2007 filed herewith at ¶5; Complaint ¶9; John Mooney's Answer ¶9.

5. By affidavit sworn to on or about March 2, 2005, John Mooney reaffirmed his position that he neither signed nor authorized the Owner Designation. See Affidavit of Kim Platek, dated August 21, 2007 filed herewith at ¶6 and Exhibit B; Complaint ¶10; John Mooney's Answer ¶10.

6. By letter dated March 8, 2005, Northwestern Mutual informed Deborah Mooney of John Mooney's position that the Ownership Designation was not signed by him and requested a response from Deborah Mooney within thirty (30) days. See Affidavit of Kim Platek, dated August 21, 2007 filed herewith at ¶7 and Exhibit C; Complaint ¶11; John Mooney's Answer ¶11; and Deborah Mooney's Answer ¶11.

7. By letter dated April 13, 2005, Deborah Mooney informed Northwestern Mutual of her position that she was the rightful owner of the Policy and that John Mooney had signed the Ownership Designation and transferred ownership of the Policy to her. See Affidavit of Kim Platek, dated August 21, 2007 filed herewith at ¶8 and Exhibit D; Complaint ¶12; John Mooney's Answer ¶12; and Deborah Mooney's Answer ¶12.

8.      Each of the defendants, John Mooney and Deborah Mooney, is claiming ownership of the Policy.  See Complaint ¶13; John Mooney's Answer ¶13; and Deborah Mooney's Answer ¶12.

Dated: August 21, 2007

Respectfully submitted

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,
By its attorneys,

      /s/ Patricia R. Rich
Patricia R. Rich (BBO # 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel: 857-488-4200
Fax: 857-488-4201

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on the above date.

      /s/  Patricia R. Rich

Patricia R. Rich