UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | ) ) ) ) |  |
| Plaintiff, | ) ) | No.: 05-CV-11301-JLT |
| v. | ) ) |  |
| JOHN DANIEL MOONEY and DEBORAH A. MOONEY | ) ) ) |  |
| Defendants. | ) ) |  |

## STIPULATION AND CONSENT ORDER

Plaintiff, The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") and Defendant John Daniel Mooney ("John Mooney") and Defendant Deborah A. Mooney ("Deborah Mooney") stipulate and agree as follows:

**WHEREAS**, this action involves a certain policy of life insurance issued by Northwestern Mutual on the life of John Mooney, specifically Policy number 9726985 (the "Policy").

**WHEREAS**, a dispute has arisen between John Mooney and Deborah Mooney regarding ownership of the Policy and each of John Mooney and Deborah Mooney has asserted that they have the exclusive right to ownership of the Policy.

**WHEREAS**, Northwestern Mutual filed this interpleader action to provide John Mooney and Deborah Mooney with a forum to resolve their dispute regarding ownership of the Policy.

DM1\1180256.3

2

**WHEREAS**, Northwestern Mutual asserts it is a disinterested stakeholder in this action and takes no position with respect to the dispute between John Mooney and Deborah Mooney, and, therefore, should be dismissed from this action.

**NOW, THEREFORE**, in consideration of the mutual promises and obligations arising from this Stipulation, the parties agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(c), all counterclaims brought by Deborah Mooney against Northwestern Mutual in this action are dismissed with prejudice.

2. Northwestern Mutual will be dismissed from this action except that the Court shall retain jurisdiction over Northwestern Mutual in order to bind it (a) to a Court order regarding determination of the rightful owner of the Policy or (b) to a written agreement entered into by John Mooney and Deborah Mooney regarding determination of the rightful owner of the Policy.

3. Dismissal as to Northwestern Mutual shall be without costs or attorneys' fees against any party.

4. Deborah Mooney and John Mooney hereby completely release and forever discharge Northwestern Mutual, together with Northwestern Mutual's past, present and future officers, directors, trustees, attorneys, principals, agents, servants, representatives, employees, parents, subsidiaries, affiliates and partners, together with their predecessors and successors in interest (collectively the "Released Parties") from any and all right, claims, demands, debts, contracts and accounts, torts, misfeasance, malfeasance, costs, losses, expenses, obligations, causes of action, damages and liability of any kind or character whatsoever, whether know or unknown, matured or unmatured, asserted or unasserted, and whether legal, equitable or injunctive in nature, that John Mooney or Deborah Mooney, or either of them have or may have

had against the Released Parties or any of them as of the date of this stipulation, to the extent arising under or in any way relating to any claim asserted in this action or that could have been asserted in this action.

5.  Northwestern Mutual hereby completely releases and forever discharges Deborah Mooney and John Mooney from any and all right, claims, demands, debts, contracts and accounts, torts, misfeasance, malfeasance, costs, losses, expenses, obligations, causes of action, damages and liability of any kind or character whatsoever, whether know or unknown, matured or unmatured, asserted or unasserted, and whether legal, equitable or injunctive in nature, that Northwestern Mutual has or may have had against Deborah Mooney or John Mooney as of the date of this stipulation, to the extent arising under or in any way relating to any claim asserted in this action or that could have been asserted in this action.

Dated: December 12, 2007

Respectfully submitted

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,
By its attorneys,

   */s/ Patricia R. Rich*
Patricia R. Rich (BBO # 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel: (857) 488-4200
Fax: (857) 488-4201

| JOHN DANIEL MOONEY<br>By his attorney,<br><br>   */s/ Brian J. Hughes*<br>Brian J. Hughes, (B.B.O. # 654204)<br>Brennan, Recupero, Cascione, Scungio<br>& McAllister, LLP<br>One Church Green, P.O. Box 488<br>Taunton, MA 02780<br>(508) 822-0178 | DEBORAH A. MOONEY<br>By her attorney,<br><br>   */s/ Elaine Epstein*<br>Elaine Epstein (BBO # 155280)<br>Todd & Weld LLP<br>28 State Street, 31st floor<br>Boston, MA  02109<br>Tel:  (617) 720-2626<br>Fax: (617) 227-5777 |

SO ORDERED:


Dated: _____, 2007          _____
                                                HON. JOSEPH L. TAURO, U.S.D.J.

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on the above date.

                                            /s/ Patricia R. Rich

                                            Patricia R. Rich

DM1\1180256.3