UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * Civil Action No. 05-11301-JLT |
| JOHN DANIEL MOONEY, and DEBORAH A. MOONEY, | * * * * |
| Defendants. | * |

### DEFENDANT'S MOTION TO DISMISS

The Defendant in cross claim, Deborah Mooney, hereby moves that the cross claims between the Defendants, John and Deborah Mooney, be dismissed with prejudice. Ms. Mooney says in support that there is a related action in the Plymouth Probate and Family Court (Docket Number 07E0053-GCI), that all issues with the plaintiff Northwestern Mutual Life Insurance Company have been resolved by a Stipulation and Consent Order, and that John Mooney failed to appear to prosecute this matter.

*Allowed*
*[signature] Tauro J.*
*12/13/07*

Respectfully Submitted,
Deborah Mooney,
By her attorney,

/s/ Elaine M. Epstein
Elaine M. Epstein (BBO#155280)
Todd & Weld LLP
28 State St., 31st Floor
Boston, MA 02109