### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

_____
                                        )
**THE NORTHWESTERN MUTUAL**             )
**LIFE INSURANCE COMPANY,**             )
                                        )
    **Plaintiff,**  )
                                        )
**v.**                                  )    **CIVIL ACTION NO.  05-11301-JLT**
                                        )
**JOHN DANIEL MOONEY &**                )
**DEBORAH A. MOONEY,**                  )
                                        )
    **Defendants.** )
_____)

### CO-DEFENDANT JOHN DANIEL MOONEY'S VERIFIED MOTION FOR RELIEF FROM JUDGMENT OF DISMISSAL

Now comes Co-Defendant John Daniel Mooney who, through his counsel and pursuant to Fed. R. Civ. P. 60(b)(1) and 60(b)(6), respectfully requests that this Honorable Court grant him relief from the judgment of dismissal entered on December 7, 2007.  For the reasons herefore, the Plaintiff states the following:

1.    That on December 10, 2007, a notice of a hearing to be held on December 13, 2007 was sent to the parties via the Electronic Case Filing system, but said notice did not describe the purpose or nature of the hearing to be held;

2.    That, on or about December 11, 2007, the undersigned counsel contacted Ms. Zita Lovett, clerk for the Court, leaving a message inquiring as to the purpose of the hearing scheduled for December 13, 2007;

3.    When Ms. Lovett returned the undersigned's call, she notified him that the purpose of the hearing was to resolve the Plaintiff's <u>Motion for Summary Judgment</u>, which was pending for some time;

4.    The Plaintiff's Motion for Summary Judgment did not concern Mr. Mooney or the undersigned, Mr. Mooney taking no position on the matter; further, the subject matter of the  Motion had already been resolved through stipulation of the parties;

5.    **As a result of Mr. Mooney's lack of stake in the proceedings to be held, the fact that the pending matter was already resolved via stipulation of the parties, the impending major snow storm, and a scheduling conflict that was apparent at the time, the undersigned counsel did not appear at the December 13, 2007 hearing;**

6.     The undersigned's intention not to appear and the cause therefore was relayed to Patricia Rich, Esq., counsel to the Plaintiff, on December 13, 2007, prior to the hearing (see attached email);

7.     That at 2:38 p.m. on December 17, 2007, the undersigned was served with Co-Defendant Deborah A. Mooney's <u>Motion to Dismiss</u>;

8.     That at 2:39 p.m. on December 17, 2007, the undersigned counsel was served with the Court's  (Taunro, J.) order allowing the <u>Motion to Dismiss</u>;

9.     The Motion to Dismiss incorrectly states that "John Mooney failed to appear and prosecute this Matter."

10.    Mr. Mooney has vigorously defended and prosecuted this matter since its inception;

11.    Ms. Mooney, though her counsel, has failed on several occasions to have Mr. Mooney's claims dismissed for the purpose of shopping for a more hospitable forum;

12.    That Ms. Mooney's Motion came as a surprise (see Ruleto the undersigned counsel, who had no opportunity to be heard in opposition thereto;

13.    Mr. Mooney is, at least, entitled to be heard on the Motion to Dismiss; and

**14.    Mr. Mooney's claims should not be dismissed for the undersigned counsel's failure to appear at a hearing that he was (1) not involved in, (2) was already resolved by stipulation, and (3) not required or ordered to appear at.**

    WHEREFORE, John Daniel Mooney respectfully requests that this honorable Court grant him relief from the Judgment entered on December 17, 2007.


                              Respectfully submitted,
                              JOHN DANIEL MOONEY, by his attorney,


                              /s/ Brian J. Hughes
                              _____
                              Brian J. Hughes, B.B.O.# 654204
                              Brennan, Recupero, Cascione, Scungio & McAllister, LLP
                              One Church Green
                              P.O. Box 488
                              Taunton, MA 02780
                              (508) 822-0178


Dated:  December 18, 2007

<u>VERIFICATION</u>

I, Brian J. Hughes, having read the foregoing document, do hereby attest to the truthfulness and accuracy of the factual averments contained therein.

/s/ Brian J. Hughes

_____

Brian J. Hughes


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of December, 2007, a copy of the foregoing document was served via the Court's electronic filing system, postage prepaid, upon the following:

Patricia R. Rich, Esq.
Duane Morris, LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Counsel for the Plaintiff

Elaine Epstein, Esq.
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109-1775
Counsel for defendant Deborah Mooney

/s/      Brian J. Hughes

_____

Brian J. Hughes

## Brian J. Hughes

**From:** Brian J. Hughes
**Sent:** Thursday, December 13, 2007 9:54 AM
**To:** 'Rich, Patricia R.'
**Subject:** RE: NWM v. Mooney

FYI, I am not appearing in court today for the hearing. It does not deal with my client and I have an emergency hearing in Plymouth I need to deal with.

Brian J. Hughes, Esq.
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
One Church Green
P.O. Box 488
Taunton, MA 02780
(508) 822-0178

The information & attachments herein is intended solely for the recipient named therein and may be attorney-client privileged and confidential. If you are not the intended recipient or have otherwise received this in error, please notify the sending attorney immediately and delete this e-mail and any attachments.

**From:** Rich, Patricia R. [mailto:PRich@duanemorris.com]
**Sent:** Tuesday, December 11, 2007 3:34 PM
**To:** Brian J. Hughes
**Subject:** RE: NWM v. Mooney

Thank you Brian.

**From:** Brian J. Hughes [mailto:bhughes@brcsm.com]
**Sent:** Tuesday, December 11, 2007 3:39 PM
**To:** Rich, Patricia R.
**Subject:** NWM v. Mooney
**Importance:** High

Patricia, here is the stipulation, unchanged and with my signature typed in.

Brian J. Hughes, Esq.
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
One Church Green
P.O. Box 488
Taunton, MA 02780
(508) 822-0178

The information & attachments herein is intended solely for the recipient named therein and may be attorney-client privileged and confidential. If you are not the intended recipient or have otherwise received this in error, please notify the sending attorney immediately and delete this e-mail and any attachments.